

# HEPWORTH, GERSHBAUM & ROTH, PLLC.
192 LEXINGTON AVENUE, SUITE 802, NEW YORK, NEW YORK 10016
HGRLAWYERS.COM T: (212) 545-1199 F: (212) 532-3801

[Date]

[NAME]
[ADDRESS]
[ADDRESS]

Re: *Kane, et al v. Ollie's Bargain Outlet Holdings, Inc; Dkt No.: 1:18-cv-2261*

Dear [NAME]:

This firm along with co-counsel represent the Plaintiffs in an action against Ollie's Bargain Outlet Holdings, Inc ("Ollie's"), currently pending in the United States District Court, Middle District of Pennsylvania. This lawsuit is brought on behalf of the Co-Team Leaders that we represent, and other current and former Co-Team Leaders employed by Ollie's. The lawsuit claims that Ollie's improperly classified Co-Team Leaders as exempt from overtime under the Fair Labor Standards Act ("FLSA"), when in fact their work did not warrant them being classified as exempt. In addition, Plaintiffs claim that Ollie's had its Co-Team Leaders doing primarily hourly tasks such as working the cash registers, stocking shelves, cleaning the store, assisting customers, unpacking merchandise, moving stock around and other manual tasks.

The lawsuit alleges that Ollie's failed to pay its Co-Team Leaders overtime to which we believe they were legally entitled. If Plaintiffs are correct, Ollie's could be liable to current and former Co-Team Leaders for unpaid overtime wages for each hour they worked over 40 in a work week.

You are receiving this letter because your name and information is available from publicly available information sources. We would like to speak with you your experience at Ollie's as a Co-Team Leader to see if they are the same as other Co-Team Leaders that we represent. Please contact Charles Gershbaum or Rebecca Predovan at (212) 545-1199. You may also e-mail us at info@hgrlawyers.com, cgershbaum@hgrlawyers.com or rpredovan@hgrlawyers.com.

Ollies denies any wrongdoing and contends that it did not violate the FLSA by failing to pay overtime to its Co-Team Leaders.

We look forward to hearing from you.

Respectfully,

*s/Charles Gershbaum*
Charles Gershbaum, Esq.