

On Dec 6, 2017 12:13 PM, "Charles Gershbaum" <cgershbaum@hgrlawyers.com> wrote:

Dear Mr. Kane,

      My office is reaching out to salaried Co-Managers employed by Ollie's Bargain Outlet. We believe that Ollie's Bargain Outlet, improperly failed to pay overtime pay to their salaried Co-Managers.

      Based upon publicly available information, it appears that you may have been a Co-Manager at Ollie's Bargain Outlet. If you did not receive overtime pay for any hours you worked over forty (40) in a workweek, you may have a case. We believe that you were entitled to overtime because you spent a majority of your time performing non-managerial tasks that were more appropriate for hourly associates including, but not limited to, customer service, receiving freight, setting up displays, stocking shelves, unloading merchandise, recovery, replenishment, cleaning, lifting merchandise, and running cash registers.

      If you were a Co-Manager at Ollie's Bargain Outlet, you may be owed money due to Ollie's Bargain Outlet' failure to pay you overtime pay.

      Please contact my office at (800) 496-1199 or (212) 545-1199 to speak with Charles Gershbaum or one of our other employment attorneys who can also assist you.

Regards,

Charles Gershbaum

Hepworth, Gershbaum & Roth, PLLC,

192 Lexington Avenue, Suite 802

New York, New York 10016

(212) 545-1199

Fax (212) 532-3801

E-mail- Cgershbaum@hgrlawyers.com

hgrlawyers.com

CONFIDENTIAL

Kane, et al. v. Ollie's Bargain Outlet, Inc.
KANE 000003

NOTICE: This E-MAIL contains information from Hepworth, Gershbaum & Roth, PLLC, that may be privileged and confidential attorney work product or attorney/client communication. The information is intended to be for the use of the addressee only. If you are not the addressee, note that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you received this message in error, please notify the sender immediately.

CONFIDENTIAL

Kane, et al. v. Ollie's Bargain Outlet, Inc.
KANE 000004