

From: **Charles Gershbaum** <cgershbaum@hgrlawyers.com>
Date: Thu, Dec 7, 2017, 11:44 AM
Subject: Ollie's Bargain Outlet Holdings, Inc.- Co Team Leaders - Salaried Employees- Overtime Wages- Attorney Advertising
To: cmwood5575@gmail.com <cmwood5575@gmail.com>
Cc: Rebecca S. Predovan <rpredovan@hgrlawyers.com>

Dear Candi,

    My office is reaching out to salaried Co Team Leaders employed by Ollie's Bargain Outlet. We believe that Ollie's Bargain Outlet, improperly failed to pay overtime pay to their salaried Co Team Leaders.

    Based upon publicly available information, it appears that you may have been a Store Co Team Leader at Ollie's Bargain Outlet. If you did not receive overtime pay for any hours you worked over forty (40) in a workweek, you may have a case. We believe that you were entitled to overtime because you spent a majority of your time performing non-managerial tasks that were more appropriate for hourly associates including, but not limited to, customer service, receiving freight, setting up displays, stocking shelves, unloading merchandise, recovery, replenishment, cleaning, lifting merchandise, and running cash registers.

    If you were a Co Team Leader at Ollie's Bargain Outlet, you may be owed money due to Ollie's Bargain Outlet' failure to pay you overtime pay.

    Please contact my office at (800) 496-1199 or (212) 545-1199 to speak with Charles Gershbaum or one of our other employment attorneys who can also assist you.

Regards,