## Summary of Management Duties Outlined in Ollie's Declarations

**The Declarants testified that they regularly engage in interviewing, selecting and hiring employees.**

| Declarant | Paragraph No. |
|---|---|
| Ahlborn | 3,4,5 |
| Baker | 9 |
| Berdis | 4,5 |
| Bishop, D. | 4,5,6 |
| Bishop, J | 5,6,9 |
| Boyles | 4 |
| Buechele | 3,4,6,7, |
| Burnett, B. | 12 |
| Burnett, M. | 3,4 |
| Carter | 5,12,13 |
| Diamond | 7 |
| Ditto | 7 |
| Fink | 4,5 |
| Freburger | 4,5 |
| Giampa | 7 |
| Gunia | 3 |
| Harris-Garbett | 14 |
| Henkel | 13 |
| Horn | 6 |
| Hunter | 5 |

| Declarant | Paragraph No. |
|---|---|
| Johnson | 4,7 |
| Kindel | 4 |
| Landini | 3 |
| Langenberger | 4,5,6 |
| Lee, A. | --- |
| Lee, K. | 5 |
| Lemanski | 5,6,7 |
| Lewis | 6 |
| Lowe | 16,17 |
| Maloney | 4 |
| Martinez-Santiago | 4 |
| Mays | 4 |
| Mele | 7 |
| Michaels | 4 |
| Miers | 6 |
| Pegg | 7 |
| Porter | 9,10,11,12 |
| Rader | 6,7 |
| Reedy | 5 |
| Reyes, V. | 5 |

| Declarant | Paragraph No. |
|---|---|
| Reyes, J. | 5,6 |
| Robey | 4 |
| Robinette | 4,5 |
| Rook | 6 |
| Royal | 10 |
| Shindel | 4,10 |
| Shulk | 4 |
| Silverstein | 7 |
| Smith | 4 |
| Tasker | 7 |
| Thompson | -- |
| Trier | 4,5,6,7 |
| Wells | 4,5 |
| Winsted | 7 |
| Wolfe-Fee | 10 |
| Worsinger | 13 |

**Supervising at least two employees, and usually many more, per shift.**

| Declarant | Paragraph No. | Declarant | Paragraph |
|---|---|---|---|
| Ahlborn | 7,8 | Johnson | 8 |
| Baker | -- | Kindel | -- |
| Berdis | 6 | Landini | -- |
| Bishop, D. | -- | Langenberger | 7 |
| Bishop, J | 5 | Lee, A. | 12 |
| Boyles | 6 | Lee, K. | 8,9 |
| Buechele | -- | Lemanski | -- |
| Burnett, B. | 9 | Lewis | 7 |
| Burnett, M. | 3,6,9,10 | Lowe | 8 |
| Carter | 3 | Maloney | 10 |
| Diamond | 6 | Martinez-Santiago | 5 |
| Ditto | 4 | Mays | 3 |
| Fink | 4 | Mele | 7 |
| Freburger | 3 | Michaels | 6 |
| Giampa | 8 | Miers | 8 |
| Gunia | 7 | Pegg | 8 |
| Harris-Garbett | 3 | Porter | 8 |
| Henkel | 8 | Rader | -- |
| Horn | -- | Reedy | 7 |
| Hunter | 7 | Reyes, V. | 6 |

| Declarant | Paragraph No. |
|---|---|
| Reyes, J. | -- |
| Robey | 8 |
| Robinette | -- |
| Rook | -- |
| Royal | 4 |
| Shindel | -- |
| Shulk | 12 |
| Silverstein | 8 |
| Smith | 6 |
| Tasker | 10 |
| Thompson | -- |
| Trier | 3 |
| Wells | 7 |
| Winsted | 3 |
| Wolfe-Fee | 11 |
| Worsinger | 9 |

**Assigning duties to employees and ensuring the store is staffed properly.**

| Declarant | Paragraph No. |
|---|---|
| Ahlborn | 3,7,8 |
| Baker | 5,8,12,16 |
| Berdis | 9,11 |
| Bishop, D. | 3,4,5 |
| Bishop, J | 4,6,13 |
| Boyles | 8,9,14 |
| Buechele | 11,14,18,20 |
| Burnett, B. | 12 |
| Burnett, M. | 9,15 |
| Carter | 15 |
| Diamond | 4,5,6 |
| Ditto | 14 |
| Fink | 4,10,17 |
| Freburger | 7,15 |
| Giampa | -- |
| Gunia | 10 |
| Harris-Garbett | 3,7 |
| Henkel | 11 |
| Horn | 8,15 |
| Hunter | 3,4,8 |

| Declarant | Paragraph No. |
|---|---|
| Johnson | 10 |
| Kindel | 7,10 |
| Landini | 6 |
| Langenberger | 3,8,11 |
| Lee, A. | 6,13,18 |
| Lee, K. | 4,6,7,11 |
| Lemanski | 5,11 |
| Lewis | 3,10,11 |
| Lowe | 12,18,20 |
| Maloney | 9,10 |
| Martinez-Santiago | 9,13,16 |
| Mays | 9,16 |
| Mele | 10,11 |
| Michaels | 9,10,15 |
| Miers | 3,8 |
| Pegg | 6 |
| Porter | 3 |
| Rader | 8 |
| Reedy | 7,8 |
| Reyes, V. | 9 |

| Declarant | Paragraph No. |
|---|---|
| Reyes, J. | 8,13 |
| Robey | 3,10,11,18 |
| Robinette | 10 |
| Rook | 4,7 |
| Royal | 9 |
| Shindel | 5,14 |
| Shulk | 9,12,13,17 |
| Silverstein | -- |
| Smith | 3,11,12 |
| Tasker | 6,9,13 |
| Thompson | 7 |
| Trier | 4,6,9 |
| Wells | 11,12,13,14 |
| Winsted | -- |
| Wolfe-Fee | 9,11 |
| Worsinger | 5 |

**Managing customer and employee complaints and/or issues.**

| Declarant | Paragraph No. |
|---|---|
| Ahlborn | 9,11,14 |
| Baker | 15 |
| Berdis | 8 |
| Bishop, D. | 4,8 |
| Bishop, J. | 5,12,14 |
| Boyles | 7,14 |
| Buechele | 9 |
| Burnett, B. | 7,10 |
| Burnett, M. | 8,19 |
| Carter | 5,16,18 |
| Diamond | 9,16 |
| Ditto | 9,15 |
| Fink | 4,6 |
| Freburger | 8,9,11,12 |
| Giampa | 8,9 |
| Gunia | 5,6,7 |
| Harris-Garbett | 9,10 |
| Henkel | 10,14 |
| Horn | 8,9,10,11,12 |
| Hunter | 13 |

| Declarant | Paragraph No. |
|---|---|
| Johnson | 4 |
| Kindel | -- |
| Landini | 4,5,7 |
| Langenberger | 12,16 |
| Lee, A. | 14 |
| Lee, K. | 10 |
| Lemanski | 10,18 |
| Lewis | 8,9,13 |
| Lowe | 19,21 |
| Maloney | 11,13 |
| Martinez-Santiago | 8,12 |
| Mays | 7,8 |
| Mele | 9,18 |
| Michaels | 7 |
| Miers | 9,12 |
| Pegg | 9,11 |
| Porter | 17,18,21 |
| Rader | 9,11,13 |
| Reedy | 12,13,17 |
| Reyes, V. | -- |

| Declarant | Paragraph No. |
|---|---|
| Reyes, J. | 9,13 |
| Robey | 13 |
| Robinette | 8,9 |
| Rook | 9,10,11 |
| Royal | 7,8 |
| Shindel | 8,9,13 |
| Shulk | 7,8 |
| Silverstein | 8 |
| Smith | 10 |
| Tasker | 12 |
| Thompson | 5,6 |
| Trier | 14,19 |
| Wells | 9,10 |
| Winsted | 8 |
| Wolfe-Fee | 11,12 |
| Worsinger | 15,16 |

**Handling employee review and discipline, and participating in termination decisions.**

| Declarant | Paragraph No. |
|---|---|
| Ahlborn | 11 |
| Baker | 15 |
| Berdis | 8 |
| Bishop, D. | -- |
| Bishop, J | 12 |
| Boyles | 7 |
| Buechele | -- |
| Burnett, B. | 10,11 |
| Burnett, M. | 8 |
| Carter | 5,16 |
| Diamond | 9 |
| Ditto | 15 |
| Fink | 4,6 |
| Freburger | 8,9,10,11 |
| Giampa | 8 |
| Gunia | 5 |
| Harris-Garbett | 8,9,10 |
| Henkel | 14 |
| Horn | 8,9,10 |
| Hunter | -- |

| Declarant | Paragraph No. |
|---|---|
| Johnson | 4 |
| Kindel | -- |
| Landini | 4,5 |
| Langenberger | 12 |
| Lee, A. | -- |
| Lee, K. | 10 |
| Lemanski | 10 |
| Lewis | 8,9 |
| Lowe | 19 |
| Maloney | 13 |
| Martinez-Santiago | 8 |
| Mays | 7 |
| Mele | 8,9 |
| Michaels | 7 |
| Miers | 9,10 |
| Pegg | 9 |
| Porter | 15,17,18 |
| Rader | 9,10,11 |
| Reedy | 10,12,13 |
| Reyes, V. | 7 |

| Declarant | Paragraph No. |
|---|---|
| Reyes, J. | 9 |
| Robey | 9 |
| Robinette | 8 |
| Rook | 9,12 |
| Royal | 7,8 |
| Shindel | 8 |
| Shulk | 7 |
| Silverstein | 8 |
| Smith | 8 |
| Tasker | 10,11 |
| Thompson | 5 |
| Trier | 14 |
| Wells | 9,10 |
| Winsted | 8 |
| Wolfe-Fee | 11 |
| Worsinger | 15 |

**Exercising judgment and making decisions relating to merchandising, floor plan and store layout/design, etc.**

| Declarant | Paragraph No. |
|---|---|
| Ahlborn | 12 |
| Baker | 11 |
| Berdis | 12 |
| Bishop, D. | 3 |
| Bishop, J | 5,6,7 |
| Boyles | 8,9,10,11 |
| Buechele | 11,12,13,14 |
| Burnett, B. | 6 |
| Burnett, M. | 3,9,11,12,14,15 |
| Carter | 5,9 |
| Diamond | 7,11,13 |
| Ditto | 8,13 |
| Fink | 12 |
| Freburger | 13 |
| Giampa | 6 |
| Gunia | 8,9 |
| Harris-Garbett | 3,4,5,6 |
| Henkel | 5,6,15 |
| Horn | 13,15 |
| Hunter | 4,11 |

| Declarant | Paragraph No. |
|---|---|
| Johnson | 14 |
| Kindel | 12,13 |
| Landini | 9,10 |
| Langenberger | 3,7,14,15 |
| Lee, A. | 6,7,8,10 |
| Lee, K. | 8 |
| Lemanski | 5,14,15 |
| Lewis | 12,15 |
| Lowe | 11 |
| Maloney | 5,6,8 |
| Martinez-Santiago | 14,15,16 |
| Mays | 10 |
| Mele | 3 |
| Michaels | 11,13 |
| Miers | 15 |
| Pegg | 11 |
| Porter | 22,23,24,25 |
| Rader | -- |
| Reedy | 14,15 |
| Reyes, V. | 8,12,13 |

| Declarant | Paragraph No. |
|---|---|
| Reyes, J. | 12 |
| Robey | 10,11,12,16,17 |
| Robinette | 12,13 |
| Rook | 4,5 |
| Royal | 12,13 |
| Shindel | -- |
| Shulk | 12 |
| Silverstein | 10 |
| Smith | 3,13 |
| Tasker | 3,13 |
| Thompson | 4 |
| Trier | 20 |
| Wells | 13,14 |
| Winsted | 5 |
| Wolfe-Fee | 7,8,13 |
| Worsinger | 6,11 |