**Exhibit H**





Case 1:18-cv-02261-JPW   Document 65-12   Filed 11/04/19   Page 3 of 3



CONFIDENTIAL    OLLIES 004469