## Exhibit R



## JOB DESCRIPTION

**Position:** Co Team Leader
**Reports to:** Store Team Leader
**Department:** Store Operations
**Exemption Status:** Exempt

### Position Overview:

The Co Team Leader provides leadership for the successful operation of the entire sales floor and receiving area. The CTL creates and leads a sales team that is passionate about selling merchandise and ensuring a good associate and customer experience. Responsibilities include all aspects of merchandising, Associate development, customer service, and financial oversight.

### Primary Responsibilities:

- Assist the Store Team Leader with managing payroll budgets, expenses, store banking, shrink reduction, and the timely completion of related reports to ensure financial and operational goals are met.
- Implement successful strategies for merchandising including power aisle compliance, MOS/GVC/Ollie's Follies, signage, displays, replenishment, pricing, ad sets, and daily recovery.
- Ensure that store standards, Redbook compliance, seasonal transition planning, inventory processes, and company programs meet all operational expectations.
- Manage the Door to Floor process to ensure that merchandise is planned for and received properly and that the sales floor is properly stocked with the merchandise within 24 hours of receiving it.
- Ensure that all Associates are provided daily tasks and are being productive.
- Walk the sales floor with the Sales Supervisors on a regular basis to ensure that all merchandising standards and sales goals are met.
- Ensure that all customer service standards meet company expectations.
- Develop and execute plans for coaching, training, developing, evaluating, supervising, and scheduling store Associates.
- Responsible to communicate and support benefit offerings and wellness programs outlined by the company.
- Maintain the proper hiring, recruiting, interviewing, selection, and onboarding of candidates to ensure the staffing needs of the store are continually met.
- Ensure proper scheduling and staffing for the business needs; to include, time keeper integrity.
- Responsible to maintain proper Associate file records according to company guidelines.
- Communicate company directives and programs to store associates and ensure that all follow-up items are completed accurately and timely.
- Perform all Team Leader functions to open and close the store when needed.
- Complete any additional responsibilities and/or duties as assigned.
- Must have a positive attitude and the ability to interact well with customers and Associates.

### Qualifications:

- High School diploma or equivalent required; Associate's or Bachelor's degree related to business management preferred.
- Minimum of two years' retail experience in a supervisory role within a mid-size to large retail or service-oriented business.
- Ability to work evenings, weekends, and holidays on a regular basis.

November 2015



EXHIBIT
Osborne
1
7-17-18

*CONFIDENTIAL*

*OLLIES 000663*

- Ability to effectively manage in a professional work environment.
- Ability to exercise sound judgment.
- Ability to preserve confidentiality of information.
- Accuracy and attention to detail.
- Ability to organize and prioritize a variety of tasks and activities and work within strict timeframes and deadlines.
- Knowledge of industry terms and processes.
- Ability to effectively communicate information and delegate tasks.
- Outstanding interpersonal and listening skills.

**Physical Requirements:**

- Ability to lift and carry up to 75 pounds.
- Ability to push and pull up to 35 pounds.
- Ability to stand for extended periods.
- Ability to bend and twist frequently.
- Ability to grip, reach, and pinch with arms and hands frequently.
- Ability to squat, kneel, balance, and climb occasionally.
- Ability to see, hear, and speak regularly.

Ollie's is an equal opportunity employer. In compliance with Federal and State Equal Opportunity Laws, qualified applicants are considered for all positions applied for without regard to race, color, religion, sex, sexual orientation and identity, national origin, age, veteran's status, disability, or any other legally protected status.

November 2015

*CONFIDENTIAL*