# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH KANE, *et al.*, | : | Civil No. 1:18-CV-02261 |
| Plaintiffs, | : | |
| v. | : | |
| OLLIE'S BARGAIN OUTLET, INC., | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

AND NOW, on this 24th day of November, 2020, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Plaintiffs' motion for conditional certification is **DENIED**. (Doc. 48.)

2. A telephonic conference with the parties to set further deadlines for this case is scheduled for **January 13, 2020, at 2:45 p.m.** Plaintiff shall initiate the call and have all parties on the line before calling chambers at 717-221-3970.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania
